# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:15-cv-02328** |
| | ) | |
| **v.** | ) | **HON. FRANCISCO A. BESOSA** |
| | ) | |
| **PUERTO RICO INDUSTRIAL** | ) | |
| **DEVELOPMENT COMPANY** | ) | |
| **Defendant.** | ) | |
| | ) | |

## IN RESPONSE TO COURT ORDER,
## NOTIFICATION OF THE ROLE OF THE UNITED STATES IN PHASE III

The United States respectfully notifies the Court that the United States has no justiciable interest in Phase III of this matter, and therefore has no position regarding a Proposed Discovery Plan for Phase III. On May 31, 2019, this Court ordered the United States to submit a Proposed Discovery Plan for Phase III of this litigation by no later than July 26, 2019. Docket No. 176. In Phase III of this litigation, PRIDCO may seek contribution from potentially responsible parties. *Id.* at 2. PRIDCO has moved to stay Phase III pending an appeal from this Court's judgment on Phases I and II of this matter. Docket Nos. 179, 181. The United States does not oppose the

requested stay and has no justiciable interest in Phase III.  Therefore, the United States notifies the Court that it takes no position concerning proposed discovery for Phase III.

        Respectfully submitted,

        ELLEN M. MAHAN
        Assistant Section Chief


        *s/ C. A. Fiske*
        CATHERINE ADAMS FISKE
        Senior Counsel
        RICHARD S. GREENE, IV
        Trial Attorney
        Environmental Enforcement Section
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Tel: (202) 307-3673/(617) 748-3399
        Fax: (202) 514-0097
        Email: Richard.Greene@usdoj.gov
              Addie.Fiske@usdoj.gov


        ROSA EMILIA RODRIGUEZ-VELEZ
        United States Attorney
        District of Puerto Rico

        CARMEN MARQUEZ
        Assistant United States Attorney
        District of Puerto Rico
        Federal Office Building, Room 101
        Carlos E. Chardon Avenue
        Hato Rey, Puerto Rico 00918


Of Counsel:
HENRY GUZMAN
Assistant Regional Counsel
U.S. EPA Region 2
290 Broadway, 17th Floor
New York, New York 10007

**CERTIFICATE OF SERVICE**

      I certify that on this 26th day of July 2019, I caused to be electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Puerto Rico using the Court's CM/ECF system, which sends notice to all counsel of record.

                         *s/ C. A. Fiske*_____
                         CATHERINE ADAMS FISKE