IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>vs.<br><br>PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY,<br><br>*Defendant/Third Party Plaintiff* | CIVIL ACTION NO: 3:15-cv-2328<br>Hon. |

## SECOND MOTION REQUESTING WITHDRAWAL OF LEGAL REPRESENTATION OF THIRD PARTY DEFENDANT, JUAN OROZCO LTD., INC.

Comes now Third Party Defendant, JUAN OROZCO LTD. INC., through its undersigned attorney, and respectfully **STATES** and **PLEADS** as follows:

1- That Third Party Defendant, Juan Orozco Ltd., Inc. has requested from the undersigned attorney to withdraw his legal representation in the case of caption. Thus a "Motion Withdrawing Legal Representation of Third Party Defendant, Juan Orozco LTD, Inc." [96] was filed on May 16, 2017. The same was denied [97].

2- That the undersigned attorney has not been able to contact with Mr. Juan Orozco, principal, since May 16, 2017. Our investigations show that our client, Third Party Defendant, Juan Orozco LTD. Inc., was liquidated in the Puerto Rico State Department on February 19, 2020, See **Exhibit A**. Thus, our client no longer exists.

3- Furthermore, we have searched in the Puerto Rico Demographic Registry and came into knowledge that Mr. Juan Orozco, the principal and owner of Juan Orozco LTD, Inc. passed away on February 15, 2020. Please find attached Death Certificate as **Exhibit B**.

4- That given the above circumstances, the undersigned attorney respectfully reiterates the request to be relieved from his representation of Third Party Defendant Juan Orozco LTD, Inc.

5- The undersigned attorney informs that Juan Orozco Ltd., Inc., has the following address, telephone, and email:

>Juan Orozco, Ltd., Inc.
>Villa Universitaria
>Calle 2 #12, Humacao, PR  00791
>Tel. (787) 861-1045
>Email: arajuez@juanorozcoltdinc.com

WHEREFORE, it is respectfully requested from this Honorable Court to allow the withdrawal of legal representation of the undersigned from Third Party Defendant, Juan Orozco, Ltd., Inc.

RESPECTFULLY SUBMITED, in San Juan Puerto Rico this 31 day of January, 2022.

I HEREBY CERTIFY that on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which automatically notices all attorneys of record.

**GONZALEZ BADILLO LAW OFFICE**
1055 J. F. KENNEDY AVENUE SUITE 303
SAN JUAN PUERTO RICO  00920-1713
TEL. (787) 749-0233 B (787) 782-9440
FAX. (787) 782-7590
email: gonzalezbadillo@gmail.com

s/ *Oscar González Badillo*
USDC No. 124110