

Gobierno de Puerto Rico
Departamento de Estado

Fecha de la Transacción: 19-feb-2020
Núm. Registro: 75090
Núm. Recibo: 1730365

# Gobierno de Puerto Rico
## Artículos de Disolución

### Artículo I – Nombre de Corporación
El número de registro de la entidad es 75090
El nombre de la Corporación Doméstica es: JUAN OROZCO (L.T.D.), INC.

### Artículo II – Fecha de Disolución
Fecha en que la disolución fue autorizada es: 19-feb-2020

### Artículo III – Modo en que se aprobó la Disolución
La disolución se autorizó conforme al Artículo 9.05 de la Ley General de Corporaciones.

### Artículo IV – Agente Residente
El nombre y dirección del agente residente es:

Nombre            OROZCO MERINO, JUAN
Dirección Física  C-3 URB. CALIMANO, MAUNABO, PR, 00707
Dirección Postal  PO BOX 812, MAUNABO, PR, 00707
Correo Electrónico rivera_accounting@hotmail.com

### Artículo V – Oficiales
Los nombre(s) y direccion(es) de los oficiales son:

Nombre            OROZCO MERINO, JUAN
Posición(es)      Presidente
Dirección Física  C-3, URB. CALIMANO, MAUNABO, PR, 00707
Dirección Postal  PO BOX 812, MAUNABO, PR, 00707
Correo Electrónico rivera_accounting@hotmail.com

Nombre            OROZCO MERINO, JUAN
Posición(es)      Tesorero(a)
Dirección Física  C-3, URB. CALIMANO, MAUNABO, PR, 00707
Dirección Postal  PO BOX 812, MAUNABO, PR, 00707
Correo Electrónico rivera_accounting@hotmail.com

### DECLARACIÓN BAJO PENA DE PERJURIO
EN TESTIMONIO DE LO CUAL, Yo / Nosotros, RIVERA GONZALEZ, HECTOR L., el suscribiente, juro/juramos que los datos contenidos son ciertos hoy, día 19 del mes de febrero del año 2020.