## GOVERNMENT OF PUERTO RICO

### DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

Exhibit B

### CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO
A1613291

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2020-003523

NOMBRE DEL FALLECIDO (DECEASED NAME)
JUAN OROZCO MERINO

SEXO (SEX)
M

| | |
|---|---|
| ESTADO CIVIL (MARITAL STATUS)<br>CASADO (MARRIED) | NOMBRE CONYUGE (SPOUSE'S NAME)<br>RENNE OROZCO |
| FECHA DEFUNCIÓN (DEATH DATE)<br>15 FEB 2020 | FECHA REGISTRO (REGISTRATION DATE)<br>19 FEB 2020 |
| LUGAR DEFUNCIÓN (DEATH PLACE)<br>HUMACAO, PUERTO RICO | FUE EMBALSAMADO? (EMBALMED?)<br>NO FUE EMBALSAMADO (NOT EMBALMED) |

CAUSA DE MUERTE (CAUSE OF DEATH)
PLEURAL EFFUSION, NOT ELSEWHERE CLASSIFIED

| | |
|---|---|
| FECHA NACIMIENTO (BIRTH DATE)<br>14 ABR 1937 | EDAD (AGE)<br>82 AÑOS |

LUGAR NACIMIENTO (BIRTHPLACE)
SPAIN

| | |
|---|---|
| NOMBRE DEL PADRE (FATHER'S NAME)<br>JUAN OROZCO | NOMBRE DE LA MADRE (MOTHER'S NAME)<br>AMELIA MERINO |

FECHA EXPEDICIÓN (DATE ISSUED)
12 ENE 2022

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)





Sello

Departamento
Registro Dem

5120
01/11/2022
$5.00

172 Sello de Rentas Internas
80004-2022-0111-72167268
Certificaciones
01/12/2022
$5.00
Sello de Rentas Internas
80004-2022-0112-75835044

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020